No. A–582. WORTLEY v. UNITED STATES. Application for bail pending appeal, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–720 (81–1636). FLORIDA v. BRADY ET AL. Sup. Ct. Fla. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–733. OPPENHEIM ET AL. v. MOREAU ET AL. C. A. 5th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–748 (81–1729). NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Application for an injunction, presented to JUSTICE MARSHALL, and by him referred to the Court, denied. The order heretofore entered by JUSTICE MARSHALL on March 4, 1982, is vacated.

No. A–764. CALIFORNIA v. RAMOS. Sup. Ct. Cal. Application for stay, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. D–244. IN RE DISBARMENT OF IVLER. Disbarment entered. [For earlier order herein, see 454 U. S. 935.]

No. D–245. IN RE DISBARMENT OF PRESSMAN. Disbarment entered. [For earlier order herein, see 454 U. S. 936.]

No. D–246. IN RE DISBARMENT OF KAHN. Disbarment entered. [For earlier order herein, see 454 U. S. 936.]

No. D–247. IN RE DISBARMENT OF COSTELLO. Disbarment entered. [For earlier order herein, see 454 U. S. 936.]

No. D–251. IN RE DISBARMENT OF GOLD. Disbarment entered. [For earlier order herein, see 454 U. S. 938.]

No. D–252. IN RE DISBARMENT OF RAWLINS. Disbarment entered. [For earlier order herein, see 454 U. S. 1027.]